CONFERENCE MEMORANDUM

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY 10 2005

MICHAEL N. MILBY, CLERK OF COURT

Case No. **CR. V-05-37**

USA   vs.   **Sherman Mark Quillman and Virginia A. Graham**

Date / Time: **May 10, 2005 @ 10:20 a.m.**

Reporter : None

Appearance :
Counsel :                                    Representing:

| Counsel | Representing |
|---|---|
| Tim Hammer | Gov't |
| Tate Williams | Def. Graham |
| Todd Dupont | Def. Quillman |

**ORDER FOLLOWING CONFERENCE**

PTC held. Defense counsel requested more time to try to work out and review discovery. a plea agmt. The request is granted. A separate order will be entered.

Time: 10
Date: **May 10, 2005**

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE